USA-74-24B (Rev. 05/01)

**SEALED**
Public and unofficial staff access to this instrument are prohibited by court order

**CRIMINAL DOCKET**
**SEALED**

HOUSTON DIVISION

USAO Number: 20121R03504
Magistrate Number: 21-MJ-01168-H

United States Courts
Southern District of Texas
FILED
June 23, 2021
Nathan Ochsner, Clerk of Court

No. **4:21cr350**

CRIMINAL INDICTMENT    Filed    Judge: **Hanks**

UNITED STATES of AMERICA
vs.

ATTORNEYS:
**JENNIFER B. LOWERY, ACTING USA**   (713) 567-9000
**RICHARD BENNETT, AUSA; EUN KATE SUH, AUSA**   (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| CLARENCE CHRISTOPHER CHAMBERS (Cts. 1,5,6) | ☐ | ☐ |
| aka Chris aka Crazzi Chris, | ☐ | ☐ |
| JERRECK MICHAEL HILLIARD (Cts. 1,9,10) | ☐ | ☐ |
| aka JMoney, | ☐ | ☐ |
| VANESSA FERNANDE SILLABI (1,9,10) | ☐ | ☐ |
| aka Chocolate, | ☐ | ☐ |
| DAMARQUIS MCGEE (Cts. 1-4, 7,8) | ☐ | ☐ |
| aka Blue aka Lilblue, | ☐ | ☐ |
| JAVON YAW OPOKU (Cts. 1,7) | ☐ | ☐ |
| aka Glizzy, and | ☐ | ☐ |
| ANDRES SERRANO PORTILLO (Cts. 1,8) | ☐ | ☐ |
| aka Andro aka Huncho | ☐ | ☐ |

Ct. 1: Conspiracy to Commit Sex Trafficking through force, fraud, and coercion, and minors [18 U.S.C. §§ 1594 and 1591(a)(1), (b)(1), (b)(2), and (c)].

Cts. 2-4: Sex Trafficking through force, fraud, and coercion, and a minor [18 U.S.C. § 1591(a)(1), (b)(1), (b)(2), and (c)].

Cts. 5-10: Sex Trafficking through force, fraud, and coercion, and a minor and Aiding and Abetting [18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2].

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

CHARGE:
(TOTAL)
(COUNTS:)
( 10 )

**PENALTY:**

Ct. 1: Maximum of life imprisonment; fine of NMT $250,000; SRT of 5 years to life; $100 SA; additional $5,000 SA under the Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.

Cts. 2-10:  Mandatory minimum of 15 years' imprisonment to a maximum of life imprisonment; fine of NMT $250,000; SRT of 5 years to life; $100 SA; additional $5,000 SA under the Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.

☑ In Jail  Federal Custody - Clarence Chambers, Damarquis McGee, Javon Opoku - Joe Corley
Federal Custody - Andres Portillo - FDC Houston

**NAME & ADDRESS of Surety:**

☐ On Bond

☑ No Arrest  - Jerreck Hilliard
Vanessa Sillabi

## PROCEEDINGS: