UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                        Case Number: 4:21−cr−00350

Clarence Christopher Chambers
Jerreck Michael Hilliard
Damarquis McGee
Andres Serrano Portillo
Javon Yaw Opoku

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Andrew M Edison

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/23/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   December 14, 2021

Nathan Ochsner, Clerk