United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                            Cr. No. H-21-350

CLARENCE CHRISTOPHER CHAMBERS
ASIA MONAE HAILEY

## ORDER

The Court has considered the Unopposed Joint Motion for Continuance and is of the opinion that the same should be and is GRANTED. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendants, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Joint Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __December 5__, 2024, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __January 31, 2025__.

Responses shall be filed by __February 10, 2025__.

A pretrial conference is set for __March 3, 2025__ at __9:30 a.m__.

Trial in this case is set for __March 10, 2025__ at __1:30 p.m__.

SIGNED at Houston, Texas, on the __5th__ day of __December__ 2024.

_____
Honorable George C. Hanks, Jr.
United States District Judge