TO Honorable Judge George C. Hanks Jr.
Courtroom 11-B
United States District Court
515 Rusk Street
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
SEP 08 2026
Nathan Ochsner, Clerk of Court

Date 9/1/2026
Time 9:00 p.m.

Re: To Object to any further Resetting Post to the September 15, 2026 at 10:00 a.m. Miscellaneous hearing in my case — United States v. Clarence Christopher Chambers, Cr. No. H-21-350

Sir. I got My time March 4, 2026 and have been waiting for this hearing ever since Please your honor do not allow anymore resets of this hearing from the Prosecutor or my attorney I object Now if any motion trys to Move the court for another reset.

Very truly yours,
Clarence C. Chambers
Reg. No. 01152-506
Federal Detention Center Houston
P.O. Box 526255
Houston, TX 77052

Clarence C. Chambers
Reg. No. 01152-506
Federal Detention Center Houston
P.O. Box 526255
Houston, TX 77052

HOUSTON TX RPDC 773
3 SEP 2026 PM 6 L




United States Courts
Southern District of Texas
FILED
SEP 08 2026
Nathan Ochsner, Clerk of Court

IN CUSTODY OF THE BUREAU OF PRISONS

Honorable Judge George C. Hanks Jr.
Courtroom 11B
United States District Court
515 Rusk Street
Houston, Tx 77002

77002-262999

Legal Mail